# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00158-3 |
| ) | Judge Trauger |
| JOSE ANGEL ANTUNEZ-MADONADO ) | |
| ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing of this defendant scheduled for October 23, 2017 at 3:00 p.m. is RESET for the same day at 11:00 a.m.

It is so **ORDERED**.

ENTER this 12th day of September 2017.

_____
ALETA A. TRAUGER
U.S. District Judge

1